## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **HARKIN, CAROL ANN** | ) Bankruptcy Case No. 16-80220 LMT |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

### CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HARKIN, CAROL ANN
6867 KINNIKINNICK DR
ROSCOE, IL 61073-7807

DENNIS M MCDOUGALL
CROSBY & ASSOCIATES
475 EXECUTIVE PARKWAY
ROCKFORD, IL 61107

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604

1   Capital One Bank (USA), N.A.
    PO Box 71083
    Charlotte, NC 28272-1083

2   Frontier Communication
    19 John St
    Middletown, NY 10940-4918

3   Fred & Geraldine Kapala
    5235 Parliament Pl
    Rockford, IL 61107-5083

| | |
|---|---|
| 4 | Gateway Community Bank
Michael G. Schultz
2902 McFarland Road
Rockford, IL 61107 |
| 5 | WANDA J. ARGYLE DECLARATION OF TRUST DAT
Donald P. Shriver Shriver, O'Neill & Tho
515 N Court St
Rockford, IL 61103-6807 |

/s/ JOSEPH D. OLSEN
Chapter 7 Trustee
JOSEPH D. OLSEN, Trustee
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
Phone: (815) 965-8635
Fax: