**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HARKIN, CAROL ANN § Case No. 16-80220
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $281,258.00             Assets Exempt: $36,558.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,570.84      Claims Discharged
                                                Without Payment: $95,329.17

Total Expenses of Administration: $6,213.19

---

   3) Total gross receipts of $ 13,784.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,784.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $160,000.00 | $179,667.95 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,213.19 | 6,213.19 | 6,213.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,500.00 | 102,900.01 | 102,900.01 | 7,570.84 |
| **TOTAL DISBURSEMENTS** | $241,500.00 | $288,781.15 | $109,113.20 | $13,784.03 |

  4) This case was originally filed under Chapter 7 on February 01, 2016. The case was pending for 9 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2016         By: /s/JOSEPH D. OLSEN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Proceeds to buyer | 1110-000 | -10,715.97 |
| Vacant lot @ Northgate Rd, Roscoe, IL | 1210-000 | 24,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,784.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Fred & Geraldine Kapala | 4110-000 | 160,000.00 | 149,666.95 | 0.00 | 0.00 |
| 4S | Gateway Community Bank | 4110-000 | N/A | 30,000.00 | 0.00 | 0.00 |
| 5S | WANDA J. ARGYLE DECLARATION OF TRUST DAT | 4110-000 | N/A | 1.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$160,000.00** | **$179,667.95** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,128.40 | 2,128.40 | 2,128.40 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 57.99 | 57.99 | 57.99 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 948.75 | 948.75 | 948.75 |
| Tilte Underwriters Agency | 2820-000 | N/A | 561.50 | 561.50 | 561.50 |
| Tilte Underwriters Agency | 3510-000 | N/A | 612.50 | 612.50 | 612.50 |
| Tilte Underwriters Agency | 2500-000 | N/A | 347.00 | 347.00 | 347.00 |
| Tilte Underwriters Agency | 2500-000 | N/A | 240.50 | 240.50 | 240.50 |
| Tilte Underwriters Agency | 2500-000 | N/A | 81.75 | 81.75 | 81.75 |
| Tilte Underwriters Agency | 2820-000 | N/A | 1,224.80 | 1,224.80 | 1,224.80 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,213.19 | $6,213.19 | $6,213.19 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,604.70 | 5,604.70 | 412.36 |
| 2 | Frontier Communication | 7100-000 | N/A | 525.50 | 525.50 | 38.66 |
| 4U | Gateway Community Bank | 7100-000 | N/A | 15,270.81 | 15,270.81 | 1,123.55 |
| 5U | WANDA J. ARGYLE DECLARATION OF TRUST DAT | 7100-000 | 81,500.00 | 81,499.00 | 81,499.00 | 5,996.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $81,500.00 | $102,900.01 | $102,900.01 | $7,570.84 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-80220  
**Case Name:** HARKIN, CAROL ANN

**Period Ending:** 11/10/16

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/01/16 (f)  
**§341(a) Meeting Date:** 03/17/16  
**Claims Bar Date:** 06/24/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    313 E Greenview Ave Single-family home . Entire | 30,000.00 | 0.00 | | 0.00 | FA |
| 2    5708 Oak Village Dr Condominium or cooperative | 72,000.00 | 0.00 | | 0.00 | FA |
| 3    6867 Kinnikinnick Dr Single-family home  Purchas | 170,000.00 | 0.00 | | 0.00 | FA |
| 4    Cash | 20.00 | 0.00 | | 0.00 | FA |
| 5    Deposits of money - : First National Bank and Tr | 40.00 | 0.00 | | 0.00 | FA |
| 6    misc. furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 7    computer and printer | 200.00 | 0.00 | | 0.00 | FA |
| 8    washer and dryer | 200.00 | 0.00 | | 0.00 | FA |
| 9    misc clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10   Term Life Insurance through Cincinnati Life Insu | 0.00 | 0.00 | | 0.00 | FA |
| 11   Harkin Real Estate Development Inc., 1% ownershi | 0.00 | 0.00 | | 0.00 | FA |
| 12   Ford, Fusion, 2012, 110000, Husband has lien on | 4,600.00 | 0.00 | | 0.00 | FA |
| 13   GMC, Envoy XL, 2003, 170000, Husband has lien on | 2,198.00 | 0.00 | | 0.00 | FA |
| 14   Vacant lot @ Northgate Rd, Roscoe, IL  (u) | 0.00 | 10,000.00 | | 24,500.00 | FA |
| **14   Assets   Totals** (Excluding unknown values) | **$281,258.00** | **$10,000.00** | | **$24,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2016          **Current Projected Date Of Final Report (TFR):**    July 20, 2016  (Actual)

Printed: 11/10/2016 09:59 AM    V.13.28

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 16-80220 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** HARKIN, CAROL ANN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2566 - Checking Account |
| **Taxpayer ID #:** **-***2427 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 11/10/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/10/16 | | Tilte Underwriters Agency | undivided 1/2 interest in Northgate Road property | | 10,715.98 | | 10,715.98 |
| | {14} | | 24,500.00 | 1210-000 | | | 10,715.98 |
| | | | 2016 county taxes    -561.50 | 2820-000 | | | 10,715.98 |
| | | | Commission    -612.50 | 3510-000 | | | 10,715.98 |
| | | | Closing fee/premium    -347.00 | 2500-000 | | | 10,715.98 |
| | | | search package/copy fees/closing letters    -240.50 | 2500-000 | | | 10,715.98 |
| | | | Recording fees    -81.75 | 2500-000 | | | 10,715.98 |
| | | | 2015 real estate taxes    -1,224.80 | 2820-000 | | | 10,715.98 |
| | | | Proceeds to buyer    -10,715.97 | 1110-000 | | | 10,715.98 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,705.98 |
| 09/27/16 | 101 | JOSEPH D. OLSEN | | 2100-000 | | 2,128.40 | 8,577.58 |
| 09/27/16 | 102 | JOSEPH D. OLSEN | | 2200-000 | | 57.99 | 8,519.59 |
| 09/27/16 | 103 | Yalden, Olsen & Willette | | 3110-000 | | 948.75 | 7,570.84 |
| 09/27/16 | 104 | Capital One Bank (USA), N.A. | | 7100-000 | | 412.36 | 7,158.48 |
| 09/27/16 | 105 | Frontier Communication | | 7100-000 | | 38.66 | 7,119.82 |
| 09/27/16 | 106 | Gateway Community Bank | | 7100-000 | | 1,123.55 | 5,996.27 |
| 09/27/16 | 107 | WANDA J. ARGYLE DECLARATION OF TRUST DAT | | 7100-000 | | 5,996.27 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,715.98 | 10,715.98 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,715.98 | 10,715.98 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,715.98** | **$10,715.98** | |

| | |
|---|---|
| Net Receipts : | 10,715.98 |
| Plus Gross Adjustments : | 3,068.05 |
| Net Estate : | $13,784.03 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2566** | 10,715.98 | 10,715.98 | 0.00 |
| | $10,715.98 | $10,715.98 | $0.00 |

{} Asset reference(s)